UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                       No. 15-CR-651-LTS

PAJTIM HOTI,                                                          ORDER

        Defendant.

-------------------------------------------------------x

        Mr. Hoti filed a pro se motion for compassionate release. (Docket entry no. 134.) The Government is directed to file a response by December 15, 2025. Mr. Hoti is directed to file any reply by January 12, 2026. The Clerk of the Court is also directed to mail this order to Mr. Hoti at the address indicated below.

        SO ORDERED.

Dated: New York, New York                     /s/ Laura Taylor Swain
       November 24, 2025                      LAURA TAYLOR SWAIN
                                                   Chief United States District Judge

**Mail to:**

Pajim Hoti
USP Florence
PO Box 7000
Florence, CO 81226