UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                    No.  15-CR-651-LTS

PAJTIM HOTI,                                           ORDER

      Defendant.

--------------------------------------------------------x

      Mr. Hoti filed a pro se motion to "request that [his] restitution payments be reduced[.]"  (Docket entry no. 139.)  Counsel for Mr. Hoti and the Government are directed to meet and confer and file a joint letter (within **14 days of the date** of this Order) explaining the nature and status of any payment schedule that is currently in place and their respective positions on Mr. Hoti's request.  The Clerk of the Court is also directed to mail this order to Mr. Hoti at the address indicated below.

      SO ORDERED.

Dated: New York, New York
    February 2, 2026

           /s/ Laura Taylor Swain
           LAURA TAYLOR SWAIN
           Chief United States District Judge

**Mail to:**

Pajim Hoti
USP Florence
PO Box 7000
Florence, CO 81226